FILED
CLERK, U.S. DISTRICT COURT

SEP 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

1   THOMAS P. O'BRIEN
    United States Attorney
2   LEON W. WEIDMAN
    Assistant United States Attorney
3   Chief, Civil Division
    DENNIS J. HANNA
4   Special Assistant United States Attorney
    California Bar No. 184475
5
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone: (415) 977-8962
7       Facsimile: (415) 744-0134
        E-Mail: Dennis.Hanna@ssa.gov
8
    Attorneys for Defendant,
9       Commissioner of Social Security

10              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
11                  WESTERN DIVISION

12

13  JARED DASTRUP,                    )    No. CV 08-1073 E
                                      )
14          Plaintiff,                )
                                      )    [PROPOSED]
15          v.                        )    JUDGMENT OF REMAND
                                      )
16  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
17                                    )
            Defendant.                )
18  _____ )

19          The Court having approved the parties' Stipulation to Voluntary Remand

20  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

21  ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

22  of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

23  above-captioned action is remanded to the Commissioner of Social Security for

24  further proceedings consistent with the Stipulation of Remand

25

26

27  DATED: _9/15/08_            _____
                                HON. CHARLES F. EICK
28                              UNITED STATES MAGISTRATE JUDGE